IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



WHITE LODGING SERVICES CORPORATION
and WESAUS, LLC,
      Plaintiffs,

-vs-                     Case No. A-17-CA-277-SS

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,
      Defendant.

---

HUNT CONSTRUCTION GROUP, INC.,
      Plaintiff,

-vs-                     Case No. A-17-CA-310-LY

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,
      Defendant.

---

## O R D E R

BE IT REMEMBERED on the 31st day of August 2017, the Court reviewed the file in the above-styled cause, and the parties appeared by and through counsel. The Court now enters the following orders confirming its oral pronouncements at the hearing:

   IT IS ORDERED that the Motion to Consolidate is GRANTED. The consolidated action shall be captioned *White Lodging Services Corporation, Wesaus, LLC, and Hunt Construction Group, Inc., v. Liberty Mutual Fire Insurance Company*, and the file shall be maintained under Master File No. 1:17-cv-277-SS. Thus, all future filings in these actions



shall be filed using the caption and case number of *White Lodging Services Corporation et al. v. Liberty Mutual Fire Insurance Company*, No. 1:17-cv-277-SS; and

IT IS FINALLY ORDERED that the parties shall submit a revised Scheduling Order within TWENTY (20) DAYS of the entry of this order.

SIGNED this the 31st day of August 2017.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE