UNITED STATES DISTRICT COURT
Western District of Texas
**Alternative Dispute Resolution Summary**

1. Style of case: <u>White Lodging Services Corp. v. Liberty Mutual Fire Ins. Co., et al.</u>

2. Civil Action Number: <u>1:17-CV-00277-SS</u>

3. Nature of suit: <u>Insurance Coverage</u>

4. Date of Mediation: <u>July 10, 2019</u>

5. Did the case settle? <u>Yes</u>

    Before ADR ___   In ADR <u>X</u>

6. What was your total fee? <u>$6,300, including for mediation of related case: Hunt Corporation v. Liberty Mutual, 1:17-cv-00310-SS</u>

7. How was this Mediation initiated?

    By agreement of the parties <u>X</u>

8. Please provide the names, addresses, and telephone numbers of counsel:

    Micah E. Skidmore                              Catherine L. Hanna
    Emily Buchanan                                 HANNA & PLAUT LLP
    HAYNES AND BOONE LLP                           211 East Seventh Street, Suite 600
    2323 Victory Avenue, Suite 700                 Austin, TX 78701
    Dallas, TX 75219                               (512) 472-7700
    (214) 651-5654                                 **Attorney for Defendant**
    **Attorney for Plaintiff**

9. Additional comments: <u>None.</u>

_(signature)_                                  Date: <u>7/21/19</u>

Paul J. Van Osselaer
VAN OSSELAER DISPUTE RESOLUTION PLLC
2305 Cheswick Court
Austin, TX 78746
(512) 593-5104
Paul@VanOsselaerADR.com
**Mediator**

---

*Neutral must file completed form with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement*