FILED

2019 AUG -9 PM 12: 15

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| WHITE LODGING SERVICES CORPORATION ET AL., § § § | |
| Plaintiffs, § | |
| v. § | Civil Action No. 1:17-cv-00277-SS |
| § § | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, § § § | |
| Defendant. § | |

## ORDER

Came for consideration this day the Parties' Agreed Motion to Dismiss with Prejudice (the "Motion"). Upon review of the Motion, the Court is of the opinion that it should be GRANTED.

It is, therefore, ORDERED, that all claims Plaintiffs White Lodging Services Corporation, Wesaus, LLC, and/or Plaintiff Hunt Construction Group, Inc. alleged or could have alleged in this lawsuit are dismissed with prejudice. The parties shall bear their own costs.

SIGNED this 9th day of August, 2019.

_____
Sam Sparks
UNITED STATES DISTRICT JUDGE